No. 74–1310. EDWARDS UNDERGROUND WATER DISTRICT ET AL. *v.* HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari. Reported below: 502 F. 2d 43.

No. 74–1388. PEACOCK *v.* BOARD OF REGENTS OF THE UNIVERSITIES AND STATE COLLEGES OF ARIZONA ET AL. C. A. 9th Cir. Motion of Association of California School Administrators for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 510 F. 2d 1324.

*Rehearing Denied*

No. 73–1765. MEEK ET AL. *v.* PITTENGER, SECRETARY OF EDUCATION, ET AL., 421 U. S. 349;

No. 74–950. BARRETT *v.* UNITED STATES, 421 U. S. 964;

No. 74–991. COSTANZA *v.* UNITED STATES, 421 U. S. 987;

No. 74–1116. SMITH *v.* UNITED STATES, 421 U. S. 980;

No. 74–1164. ALFRED A. KNOPF, INC., ET AL. *v.* COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL., 421 U. S. 992;

No. 74–1210. SADLAK *v.* GILLIGAN, GOVERNOR OF OHIO, ET AL., 421 U. S. 956;

No. 74–1280. NAT HARRISON ASSOCIATES, INC. *v.* LOUISVILLE GAS & ELECTRIC CO. ET AL., 421 U. S. 988;

No. 74–5922. CROSIER *v.* CALIFORNIA, 421 U. S. 966;

No. 74–6068. ENTREKIN *v.* UNITED STATES, 421 U. S. 977; and

No. 74–6169. ENTREKIN *v.* UNITED STATES, 421 U. S. 977. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.